■ ANDY ASSOCIATES, INC., Respondent-Appellant, v BANKERS TRUST COMPANY, Appellant-Respondent, et al., Defendants.—Judgment, Supreme Court, New York County, entered on April 6, 1978, unanimously affirmed on the opinion of Fein, J., without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Evans and Lane, JJ.

■ In the Matter of BENEDICT A. CAIOLA, Admitted as BENEDICT ANTHONY CAIOLA, an Attorney.—Motion for reinstatement granted only to the extent of directing that a hearing be held before the Committee on Character and Fitness to hear and report as indicated in the order of this court and final disposition of motion is held in abeyance pending receipt of said report. Concur—Murphy, P. J., Lupiano, Markewich, Sandler and Sullivan, JJ.

■ In the Matter of SOL SHUCHMAN, an Attorney.—Motion granted and the order of this court entered on October 5, 1978 is amended by changing the effective date of disbarment from October 5, 1978 to November 30, 1978. Concur—Murphy, P. J., Kupferman, Lupiano, Birns and Silverman, JJ.

(November 9, 1978)

■ JULIA C. McCONNELL, Appellant, v 79 EAST 79TH STREET CORPORATION et al., Respondents.—Order, Supreme, New York County, entered on October 7, 1977, and judgment entered thereon on November 14, 1977, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Silverman, Fein, Markewich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER CHICA, Appellant.—Judgment, Supreme Court, New York County, rendered on September 14, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Silverman, Fein, Markewich and Sandler, JJ.